# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133903

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN MICHAEL ELY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133903
COA: 266080
Allegan CC: 05-014142-FC

      On order of the Court, the application for leave to appeal the March 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

s0830

_____
Clerk